147 A.3d 395

**LEVITAS**

v.

**CHRISTIAN**

**Pet. Docket No. 326, Sept.Term, 2016**

Court of Appeals of Maryland.

October 28, 2016

Opinion of the Court of Special Appeals unreported (No. 2392, Sept. Term, 2013).

Petition for writ of certiorari granted.

∎

147 A.3d 395

**ROGERS**

v.

**HOME EQUITY USA**

**Pet. Docket No. 312, Sept.Term, 2016**

Court of Appeals of Maryland.

October 28, 2016

Reported below: 228 Md.App. 620, 142 A.3d 616.

Petition for writ of certiorari granted.